# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DARRIN MCCRAY,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　**Case No. 4:23cv400-AW-MAF**

**FLORIDA STATE BOARD OF,**
**ADMINISTRATION, et al.,**

    **Defendants.**
_____/

## O R D E R

Plaintiff, proceeding pro se, sought to initiate a case in this Court on September 11, 2023, by submitting a civil rights complaint, ECF No. 1. However, Plaintiff did not pay the filing fee for this case or file an in forma pauperis motion. An Order was entered advising Plaintiff that if he wanted to proceed, he must do one or the other. ECF No. 3. Furthermore, Plaintiff was also required to submit an amended complaint because the original complaint, ECF No. 1, was insufficient as filed, and as explained in that Order. ECF No. 3. Plaintiff has now filed a notice of voluntary dismissal pursuant to Rule 41(a). ECF No. 4.

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves his answer, or files a motion for summary judgment. Plaintiff's notice of voluntary dismissal is appropriately accepted under Rule 41(a), even though Plaintiff used an electronic signature instead of his personal, handwritten signature. Although Plaintiff's notice is effective without an order, *see* Fed. R. Civ. P. 41(a)(1)(A), Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012), this Order confirms that the case has been dismissed without prejudice. The Clerk must close the file.

Accordingly, it is **ORDERED:**

1. Plaintiff's notice of voluntary dismissal, ECF No. 4, filed pursuant to Rule 41(a)(1)(A)(i), is **ACCEPTED**.

2. The Clerk of Court shall administratively close this case.

**DONE AND ORDERED** on November 9, 2023.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**